NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1517, -1525

WARSAW ORTHOPEDIC, INC., MEDTRONIC SOFAMOR
DANEK USA, INC., MEDTRONIC PUERTO RICO OPERATIONS COMPANY,
and MEDTRONIC SOFAMOR DANEK DEGGENDORF, GMBH,

Plaintiffs-Appellants,

v.

GLOBUS MEDICAL, INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Eastern District of Pennsylvania in case no. 06-CV-4248, Judge Norma L. Shapiro.

ON MOTION

O R D E R

Upon consideration of the appellants' motion for an extension of time, until January 22, 2010, to file their opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 5 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Cynthia D. Vreeland, Esq.
Constantine L. Trela, Jr., Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 5 2009

JAN HORBALY
CLERK